# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RONALD SAITTA, ET.AL.
*Individually and On Behalf of All Others Similarly Situated*
      Plaintiff

          V.

PROTALUS , LLC, ET.AL.
      Defendant

CIVIL ACTION

NO. 19-cv-12156-MLW

## SETTLEMENT ORDER OF DISMISSAL

WOLF, J.,

The Court having been advised on <u>April 6, 2020</u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

April 7, 2020                            /s/ Mariliz Montes
  Date                                           Deputy Clerk